Layne Friedrich (Bar No. 195431)
   Email: Layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
   Email: Drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


SOMACH SIMMONS & DUNN
A Professional Corporation
ROBERTA L. LARSON, (SBN 191705)
    Email: blarson@somachlaw.com
KANWARJIT S. DUA, ESQ. (SBN 214591)
    Email: kdua@somachlaw.com
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorney for Defendant
CITY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, a municipality,<br><br>        Defendant. | Civil Case No. 2:11-CV-00601-KJM-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>**Civil Local Rule 144** |

**WHEREAS**, the California Sportfishing Protection Alliance (CSPA) filed its complaint in the above-captioned case on March 3, 2011;

**WHEREAS**, Plaintiff served the summons and complaint on Defendant on May 26, 2011;

**WHEREAS**, Defendant acknowledged receipt of the summons and complaint on May 27, 2011;

**WHEREAS**, the standard time for the City of Sacramento to respond to the Plaintiff's complaint is twenty-one (21) days from May 27, 2011;

**WHEREAS**, the parties have exchanged written proposals for settlement and are in the process of negotiating specific terms, and the parties believe that settlement is likely. Therefore, the parties agree that an extension for Defendant to respond to the complaint will save resources.

**WHEREAS**, there have been no previous extensions of time in this case.

**THEREFORE, IT IS HEREBY STIPULATED** by and between CPSA and the City, through their respective counsel of record, that the City shall have an extension of sixty (60) days to and including July 26, 2011, within which to respond to CSPA's complaint. The Parties enter this stipulation pursuant to Civil Local Rule 144.

Respectfully submitted,

LAWYERS FOR CLEAN WATER, INC.

Dated: May 27, 2011          By: /s/ Drevet Hunt
                             Drevet Hunt, Attorney for Plaintiff
                             CALIFORNIA SPORTFISHING
                             PROTECTION ALLIANCE


SOMACH SIMMONS & DUNN
A Professional Corporation

Dated: May 27, 2011          By: /s/ Roberta L. Larson (as authorized on May 27, 2011)
                             Roberta L. Larson, Attorney for Defendant
                             CITY OF SACRAMENTO

**ORDER**

PURSUANT TO THE STIPULATION, the City shall file its response to Plaintiff's complaint on or before July 26, 2011.

IT IS SO ORDERED.

Dated: May 31, 2011.

_____
UNITED STATES DISTRICT JUDGE