SOMACH SIMMONS & DUNN
A Professional Corporation
Roberta L. Larson (SBN 191705)
   Email: Rlarson@somachlaw.com
Kanwarjit S. Dua (SBN 214591)
   Email: Kdua@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Defendant CITY OF SACRAMENTO

Layne Friedrich (Bar No. 195431)
   Email: Layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
   Email: Drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE SECTION 6103**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipality,<br><br>Defendant. | Civil Case No. 2:11-CV-00601-KJM-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>**Civil Local Rule 143 and 144** |

     **WHEREAS**, the California Sportfishing Protection Alliance (CSPA) filed its complaint in the above – captioned case on March 1, 2011;

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER   -1-

**WHEREAS**, CSPA served the summons and complaint on Defendant the City of Sacramento (City) on May 26, 2011;

**WHEREAS**, the City's response to the complaint was initially due on or before June 17, 2011;

**WHEREAS**, the parties entered into an initial stipulation extending the time for the City to respond to the complaint until July 26, 2011, which the Court granted;

**WHEREAS**, the City recently responded to CSPA's initial draft of a proposed consent decree with its own draft proposed consent decree;

**WHEREAS,** CSPA is in the process of reviewing the City's proposed consent decree;

**WHEREAS**, the parties continue to believe that settlement of all claims in this matter is likely and that a further extension of time for the City to answer CSPA's complaint is in the interests of judicial and the respective clients' economy;

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and the City, through their respective counsel of record, that the City shall have an additional thirty (30) days to and including August 25, 2011, within which to answer CSPA's complaint.

SOMACH SIMMONS & DUNN
A Professional Corporation

Dated:  July 22, 2011        By: /S/ Roberta L. Larson
                                 Roberta L. Larson
                                 Attorney for Defendant
                                 CITY OF SACRAMENTO

Dated: July 22, 2011         LAWYERS FOR CLEAN WATER, INC.

                             By:  /S/ Drevet Hunt
                                 Drevet Hunt
                                 Attorney for Plaintiff
                                 CALIFORNIA SPORTFISHING
                                 PROTECTION ALLIANCE

**ORDER**

PURSUANT TO THE STIPULATION, the City shall file its response to Plaintiff's complaint on or before August 25, 2011.

**IT IS SO ORDERED.**

Dated: July 26, 2011.

_____
UNITED STATES DISTRICT JUDGE